[No. 25268–2–I.   Division One.   May 6, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. DANIEL
JOSEPH GILL, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 89–1–02138–9, Susan R. Agid, J., entered

November 14, 1989. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Forrest, JJ.